UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **BONNIE KRAMER,** | : So Ordered. |
| Plaintiff, | : *s/ Christopher A. Boyko* |
| | : Senior United States District Judge |
| v. | : |
| | : Case No. 1:23-cv-2410 |
| **SHUJIRO, INC** | : |
| **A Domestic Company** | : **JUDGE CHRISTOPHER A.** |
| | : **BOYKO** |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Bonnie Kramer and Defendant Shujiro, Inc. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 2nd day of May 2024

/s/ Pete M. Monismith                                    /s/ Thomas D. Corrigan

| Pete M. Monismith, Esq. | Thomas D. Corrigan (OH 0022810) |
|---|---|
| Pete M. Monismith, P.C. | 55 Public Square |
| 3945 Forbes Ave., #175 | Suite 2100 |
| Pittsburgh, PA 15213 | Cleveland, OH 44113 |
| ph. (724) 610-1881 | (ph.) 216-789-8386 |
| pete@monismithlaw.com | lawyertdcorrigan@me.com |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |